JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TERESA DARLENE PLAZA,                    )   Case No. EDCV 12-01029-OP
                    Plaintiff,           )
                                         )   JUDGMENT
        v.                               )
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security,         )
                                         )
                    Defendant.           )

        Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

        IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner of Social Security and dismissing this action with prejudice.


DATED: January 18, 2013

                                        HONORABLE OSWALD PARADA
                                        United States Magistrate Judge